

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**JAMES E. JOHNSON**
*Corporation Counsel*

**LUCIENNE PIERRE**
*Senior Counsel*
Phone: (212) 356-2415
Fax: (212) 356-3509
lpierre@law.nyc.gov

February 27, 2020

<span style="color:blue">The parties are reminded that, in accordance with the Court's Individual Rules and Practices, extension requests must be submitted by letter motion 48 hours before the deadline. That said, the parties' application is GRANTED, *nunc pro tunc*. The parties shall submit their joint status letter **by 4:00 p.m. today.** The Clerk of Court is directed to terminate ECF No. 28. SO ORDERED.

February 28, 2020</span>

**VIA ECF**
Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: <u>Petro Grytsyk v. City of New York, et al.</u>,
19 Civ. 03470 (JMF)

Your Honor:

    I am a Senior Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York and the attorney assigned to the defense of the above-referenced action. I write jointly with plaintiff's counsel, Alan Levine, to request that the Court extend counsel's time to comply with the Court's February 24, 2020 Order that counsel file a joint letter updating the Court as to the status of the case, from today February 27, 2020 until tomorrow February 28, 2020. Due to professional obligations in other matters, counsel did not have an opportunity to confer with each other today regarding the letter, but anticipate that they will be able to do so tomorrow. This is the first request for such an extension. Counsel's next scheduled appearance before the Court is March 3, 2020. Counsel apologize to the Court for any inconvenience, and thank the Court for its consideration.

                                              Respectfully submitted,

                                              /s/
                                              Lucienne Pierre, Esq.