# ALAN D. LEVINE
ATTORNEY AT LAW
80-02 KEW GARDENS ROAD
KEW GARDENS, NEW YORK 11415

ALAN D. LEVINE
———
SUSANNE RAMKISHUN

(718) 793-6363
FAX: (718) 261-0317
E-MAIL: alandlaw@justice.com

March 23, 2020

**VIA ECF**
Honorable Jesse M. Furman
United States District Judge
40 Centre Street
New York, New York 10007

> Application GRANTED. Plaintiff's deadline to file an amended complaint is extended to April 7, 2020. The Clerk of Court is directed to terminate ECF No. 33. SO ORDERED.
>
> *[signature]*
>
> March 23, 2020

Re: Grytsyk v. Morales, et al.
19 CV 3470 (JMF)

Dear Judge Furman:

    I am the attorney for plaintiff in the above-referenced action. I write, with the consent of the attorney for defendants, to request a two-week extension of plaintiff's time to file his amended complaint.

    As Your Honor is aware, COVID-19 has made it extremely difficult to conduct business. My office in particular was not prepared to work remotely. I purchased a new computer to work from home. However, the person setting up the new computer inadvertently discarded a wire that is necessary for printing. I have ordered a new wire, but I am told it will not be delivered until Thursday, March 26.

    Furthermore, as I am eighty-years-old, I am restricted, by Governor Cuomo's order, from going to my office to utilize the computer and printer. In addition, I am not presently able to retrieve files from my office. Therefore, plaintiff respectfully requests that the deadline to file his amended complaint, presently scheduled for March 24, 2020, be extended to April 7, 2020.

Very truly yours,

*[signature]*
ALAN D. LEVINE, ESQ.

ADL/sr
cc: Lucienne Pierre, Esq.