USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PETRO GRYTSYK,

                                    Plaintiff,          **ORDER CONVERTING
                                                        SETTLEMENT CONFERENCE TO
               -against-                                TELEPHONIC**

P.O. ANTHONY MORALES et al.,                            **19-CV-3470 (JMF)**

                                    Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       The Settlement Conference in this matter scheduled for **Thursday, January 13, 2022 at**

**11:00 a.m.**  is hereby converted to a telephonic conference.  The Parties' should call into the

court conference line at **(866) 434-5269 Code: 4858267** at the scheduled time.  **A security code**

**will be emailed to counsel by chambers for his proceeding.**

       SO ORDERED.

Dated: December 22, 2021
       New York, New York

                                    _____
                                    KATHARINE H. PARKER
                                    United States Magistrate Judge