# ALAN D. LEVINE

ATTORNEY AT LAW

118-21 QUEENS BOULEVARD, SUITE 504

FOREST HILLS, NEW YORK 11375

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/10/2022
```

ALAN D. LEVINE
―――
SUSANNE RAMKISHUN

(718) 793-6363
FAX: (718) 793-0385
E-MAIL: alan.levine@alandlaw.com

March 8, 2022

**VIA ECF**
Honorable Katharine H. Parker
United States Magistrate Judge
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: <u>Grytsyk v. Morales, et al.</u>
19 CV 3470 (JMF)

Dear Judge Parker:

  I am the attorney for the plaintiff in the above-referenced action. I write, with the consent of the attorney for the defendants, to request a two-week adjournment of the settlement conference in the action, from March 21, 2022, to April 4, 2022.

  The attorney for the defendants and I have reached agreement on making this request because plaintiff's motion to further amend his amended complaint, or its being stipulated to, will be introduced into the case within the next one to two weeks. This amended complaint will concern new instances of summonses being issued to plaintiff that, he contends, further the pattern of summonsing him improperly that he complains of in the action. This amended complaint would already have been completed but for the inability of plaintiff and I to work together to prepare the proposed amendment because of the terminal illness of his son, who passed away quite recently. Additionally, because of the pressures of other litigation that we are each engaged in, the attorney for the defendants and I have both felt the need for extra time to prepare the submissions that Your Honor requires in anticipation of a settlement conference and to begin talking to each other about a possible settlement.

     In light of the above, both counsel for the defendants and I believe that the short adjournment we are requesting may very well have the possibility of making the settlement conference a productive one.

                         Very truly yours,

                         ALAN D. LEVINE, ESQ.

ADL/sr
cc: KellyAnne Holohan, Esq.

---

**APPLICATION GRANTED:** The settlement conference in this matter scheduled for Monday, March 21, 2022 at 11:00 a.m. is hereby rescheduled to <u>Monday, May 2, 2022 at 10:00 a.m.</u> in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Courts website in advance of the conference for the most up to date information. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than <u>April 25, 2022 by 5:00 p.m.</u>

**APPLICATION GRANTED**

Hon. Katharine H. Parker, U.S.M.J.
03/10/2022