UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                            :

PETRO GRYTSYK,                             :

                       Plaintiff,        :               19-CV-3470 (JMF)
                               :

          -v-                       :               <u>ORDER</u>
                               :

ANTHONY MORALES, et al.,             :

                       Defendants.      :
                               :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As stated during the teleconference held earlier today, Plaintiff's motion for summary judgment shall be due **June 7, 2022**, limited to 25 pages.  Defendants' opposition and cross-motion shall be due **July 8, 2022**, limited to 25 pages.  Plaintiff's opposition and reply shall be due **August 5, 2022**, limited to 25 pages. Defendants' reply shall be due **August 26, 2022**, limited to 10 pages.

      SO ORDERED.

Dated: May 10, 2022
     New York, New York                            _____
                                        JESSE M. FURMAN
                                 United States District Judge