UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETRO GRYTSYK, <br><br> Plaintiff, <br><br> -against- <br><br> P.O. ANTHONY MORALES, et al., <br><br> Defendants. | 1:19-cv-03470 (JLR) <br><br> **ORDER** |

JENNIFER L. ROCHON, United States District Judge:

WHEREAS the Court granted in part and denied in part Defendants' motion for summary judgment on September 19, 2023. ECF No. 174.

WHEREAS the parties request a settlement conference and a stay of all deadlines until after the parties participate in a settlement conference, ECF No. 175, and Magistrate Judge Parker has scheduled a pre-settlement call for November 1, 2023 at 4:00 p.m., ECF No. 176.

IT IS HEREBY ORDERD that the request to stay all deadlines is denied because the parties have not shown sufficient reason to indefinitely delay this case, which has been pending for over four years. However, the Court will grant a limited extension of the deadline to submit pretrial submissions and schedule trial as follows.

- By **December 1, 2023**, the parties shall submit any motions *in limine*. Oppositions to any motions *in limine* shall be submitted by **December 7, 2023**.

- By **December 1, 2023**, the parties shall submit all required pretrial filings, including their proposed joint pretrial order, requests to charge, verdict form, *voir dire* questions, documentary exhibits and demonstratives, and all other required submissions in accordance with Rule 5 of the Court's Individual Rules of Practice in Civil Cases.

- Counsel for all parties shall appear for a final pretrial conference on **April 9, 2024 at 11 a.m.** in Courtroom 20B of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

- Trial shall begin on **April 15, 2024**.  The parties should be prepared to proceed to trial in advance of that date.  The Court may reschedule trial for an earlier date as its availability permits.

Dated: October 3, 2023
New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge